# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0451
Lower Tribunal No. 22-408CFO

_____

JOHNNY CISNERO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Hendry County.
James D. Sloan, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

WHITE and SMITH, JJ., and CARSTEN, K.A., Associate Judge, concur.


Christopher E. Cosden, Fort Myers, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, and Allison C. Heim and Cerese Crawford Taylor, Assistant Attorneys General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED